# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 1, 2017

154029

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

GREGORY LAMONT GLENN, JR.,
   Defendant-Appellant.

SC: 154029
COA: 325640
Wayne CC: 14-006694-FH

_____/

   On order of the Court, the application for leave to appeal the May 10, 2016 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 1, 2017



Clerk

p0125